HAROLD A. SAWYER, as Guardian ad Litem of JOSEPH SAWYER, an Infant, Respondent, v. SMITH BROS. ICE CREAM Co., INC., Appellant. HAROLD A. SAWYER, Respondent, v. SMITH BROS. ICE CREAM Co., INC. (Sued Herein as SMITH BROTHERS ICE CREAM COMPANY), Appellant.— Order directing defendant to accept service of complaints affirmed, without costs. If complaints have already been accepted and no answers have been served, defendant has leave to file answers within ten days from the date of service of a copy of the order to be entered herein. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

JOSEPH SINDLINGER, Respondent, v. EDWARD R. BOLTON, Appellant. (Actions Nos. 1 and 2 Consolidated.) — On argument, order, in so far as it amends the complaint and grants plaintiff leave to serve a supplemental bill of particulars, affirmed, with ten dollars costs and disbursements. If the supplemental bill has not been served, it may be served within five days from the entry of the order herein. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

SOLOMAN SNITOW, Respondent, v. CENTRAL COAL COMPANY, INC., Appellant. (Appeal No. 1.) — Order denying motion for judgment dismissing the third cause of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

SOLOMAN SNITOW, Respondent, v. CENTRAL COAL COMPANY, INC., Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

SOLOMAN SNITOW, Respondent, v. CENTRAL COAL COMPANY, INC., Appellant. (Appeal No. 3.) — Order of August 11, 1933, granting plaintiff's motion for a bill of particulars modified by striking out subdivisions (d), (g), (i) and (m) in paragraph " first," and subdivision (a) in paragraph " second; " and as so modified the order is affirmed, without costs, the particulars to be served within five days from the entry of the order herein. The items struck out are either repetitious or unnecessary, and in certain respects the plaintiff has equal knowledge with the defendant concerning the facts sought. Lazansky, P. J., Scudder, Tompkins and Davis, JJ., concur; Hagarty, J., concurs in result.

BERGEN TALLMAN, Respondent, v. NORTHWESTERN NATIONAL INSURANCE COMPANY, Appellant.— Judgment reversed on the law and the facts and a new trial granted, costs to appellant to abide the event. We are of opinion that the determination was against the weight of the evidence. This court recommends that the new trial be had before a jury. Findings of fact numbered fifth to twenty-fourth, inclusive, and conclusions of law numbered first to third, inclusive, are reversed. Lazansky, P. J., Hagarty, Scudder and Tompkins, JJ., concur; Carswell, J., concurs in result.

THEATRE SCREEN CORPORATION, Respondent, v. CHARLES A. HANINGTON and EARL R. HANINGTON, Appellants.— Order denying defendants' motion for judgment on the pleadings affirmed, with fifty dollars costs and disbursements. No opinion. Young, Kapper, Hagarty, Carswell and Davis, JJ., concur.

E. M. TOWNSEND, INC., Appellant, v. KEVA SKODNICK, Executor, etc., of MARY SKODNICK, Deceased, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The amended complaint states a cause of action. (*Potter* v. *Ellice*, 48 N. Y. 321; *Havens* v. *Patterson*, 43 id. 218, 221; *Cornell* v. *Hayden*, 114 id. 271, 278; *Lewis*